UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR 28 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>BERNARD TOLER,  )<br>  )<br>Defendant.  )  | No.<br><br>**4:19CR00259 CDP/SPM** |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 20, 2019, in the County of St. Louis, within the Eastern District of Missouri,

**BERNARD TOLER,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
LINDA R. LANE, #0011541IA
Assistant United States Attorney