UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19 CR 259 CDP/SPM |
| | ) |
| BERNARD TOLER, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR STATUS HEARING CONCERNING PRETRIAL MOTIONS**

Defendant, Bernard Toler, through Assistant Federal Defender William, with the agreement of the Government, requests that this Honorable Court set a status hearing with respect to the issue of pretrial motions at which both counsel and defendant are ordered to be present.

Respectfully submitted,

/s/ William T. Marsh
William T. Marsh, No. 60906 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: 314-241-1255
Fax: 314-241-3177
E-Mail: William_Marsh@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

Assistant Federal Public Defender William T. Marsh certifies that he filed the foregoing electronically, leading to service upon Rodney Holmes via email.

Dated November 26, 2019.

/s/ William T. Marsh
Attorney for Defendant